UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIM BRADY GRIFFIN,** | **CIVIL ACTION NO.** |
| Plaintiff | SECTION: |
| vs | JUDGE |
| **REBECCA N. ROBICHAUX, an individual.** | MAGISTRATE JUDGE |
| Defendant. | **JURY TRIAL DEMANDED** |

## COMPLAINT

NOW INTO COURT, Plaintiff, KIM BRADY GRIFFIN, (hereinafter referred to as "PLAINTIFF") by and through undersigned counsel, brings this complaint against the above-named DEFENDANT and in support thereof alleges the following:

### PRELIMINARY STATEMENT

1. PLAINTIFF brings this action for statutory and actual damages arising from REBECCA N. ROBICHAUX'S violations of the Fair Debt Collection Practices Act (hereinafter referred to as the "FDCPA"), 15 U.S.C. § 1692, *et seq*.

### JURISDICTION AND VENUE

2. The Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because this action involves a federal question under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

3. Venue is proper pursuant to 28 U.S.C. § 1391(b) because PLAINTIFF and DEFENDANT reside and/or do business in the Eastern District of Louisiana. Venue is also proper

1

in this District because the acts and transactions that give rise to this action occurred, in substantial part, in the Eastern District of Louisiana.

## PARTIES

4. PLAINTIFF is a natural person residing in Jefferson Parish, Louisiana.

5. PLAINTIFF is a "consumer" as defined in the FDCPA at 15 U.S.C. § 1692a(3).

6. PLAINTIFF allegedly owes a (past due) consumer debt as defined by 15 U.S.C. § 1692a(5).

7. REBECCA N. ROBICHAUX, is an attorney in Lafourche Parish who regularly collects or attempts to collect debts owed or due or asserted to be owed or due another.

8. PLAINTIFF is informed and believes, and thereon alleges, that DEFENDANT is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## STATEMENT OF FACTS

9. PLAINTIFF repeats, re-alleges, and incorporates by reference, paragraphs 1 through 8 inclusive, above.

10. On November 26, 2018, DEFENDANT filed the collection complaint attached hereto as **Exhibit 1** in Lafourche Parish.

11. DEFENDANT seeks to collect from PLAINTIFF a past due amount allegedly owed to Mr. Louis Phillip Gouaux, Jr. for repairs he performed on PLAINTIFF'S home.

12. PLAINTIFF'S home is located in Jefferson Parish.

13. At the time Mr. Gouaux, Jr. repaired PLAINTIFF'S home, the parties were engaged in a romantic relationship.

14. PLAINTIFF submits Mr. Gouaux, Jr. repaired her home in furtherance of the relationship and without expectation of repayment.

15. The parties do not dispute that Mr. Gouaux and Ms. Griffin never entered into a written contract.

16. The parties also do not dispute that Ms. Griffin resides, and all work was performed, in Jefferson Parish.

17. Upon service of the petition, PLAINTIFF notified DEFENDANT that the collection lawsuit was filed in the wrong venue and requested DEFENDANT re-file in the right venue before PLAINTIFF was forced to incur legal fees and costs objecting to the improper venue.

18. DEFENDANT refused, forcing PLAINTIFF to except to the petition based on improper venue.

19. PLAINTIFF is informed and believes and therefore alleges that PLAINTIFF is entitled to statutory and actual damages along with her reasonable attorneys' fees and costs. PLAINTIFF reserves the right to assert additional facts and damages not referenced herein, and/or to present evidence of the same at the time of trial.

### FIRST CLAIM FOR RELIEF

**VIOLATIONS OF THE FDCPA 15 U.S.C. §§ 1692i AGAINST DEFENDANT BROUGHT BY PLAINTIFF INDIVIDUALLY AND ON BEHALF OF THE CLASS**

20. PLAINTIFF repeats, re-alleges and incorporates by reference, paragraphs 1 through 19 inclusive, above.

21. The FDCPA states a debt collector "who brings any legal action on a debt against any consumer shall

> (1) in the case of an action to enforce an interest in real property securing the consumer's obligation, bring such action only in a judicial district or similar legal entity in which such real property is located; or

(2) in the case of an action not described in paragraph (1), bring such action only in the judicial district or similar legal entity –
(A) in which such consumer signed the contract sued upon; or
(B) in which such consumer resides at the commencement of the action.

22. There is no dispute that Mr. Gouaux, Jr. and Ms. Griffin did not enter into a written contract to repair PLAINTIFF'S Jefferson Parish home.

23. There is also no dispute that PLAINTIFF resides in Jefferson Parish.

24. Nevertheless, DEFENDANT filed the collection lawsuit in Lafourche Parish.

25. Lafourche Parish is the wrong venue within which to file the collection lawsuit.

26. The only proper venue for the collection lawsuit is in Jefferson Parish.

27. It has been necessary for PLAINTIFF to obtain the services of an attorney to object to the collection lawsuit's improper venue and pursue this claim.

## **DEMAND FOR JURY TRIAL**

28. Please take notice that PLAINTIFF demands trial by jury in this action.

## **PRAYER FOR RELIEF**

WHEREFORE, PLAINTIFF respectfully prays that this Court grant the following relief in PLAINTIFF'S favor and that judgment be entered against DEFENDANT for the following:

(1) To enter judgment that the practices complained of herein are unlawful under the FDCPA and that DEFENDANT violated the rights of PLAINTIFF under the FDCPA;

(2) For actual damages incurred by PLAINTIFF pursuant to 15 U.S.C. § 1692k(a)(1);

(3) For statutory damages awarded to PLAINTIFF, not to exceed $1000, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

(4)     For reasonable attorneys' fees for all services performed by counsel in connection with the prosecution of these claims;

(5)     For reimbursement for all costs and expenses incurred in connection with the prosecution of these claims; and

(6)     For any and all other relief this Court may deem appropriate.

DATED this 15th day of January 2019.

**GESUND AND PAILET, LLC**

*/s/ Keren E. Gesund, Esq.*
Keren E. Gesund, Esq.
Louisiana Bar No. 34397
3421 N. Causeway Blvd., Suite 805
Metairie, LA  70002
Tel: (504) 836-2888
Fax: (504) 265-9492
keren@gp-nola.com
Attorney for Plaintiff